MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Rudy J. Verschoor
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 8 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | CR-13-154-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 18 U.S.C. §§ 2261A(2)(A) and 2261(b) |
| BRENT EVERETT RUSS, | Stalking |
| Defendant. | |

The Grand Jury Charges:

## COUNT 1
## STALKING

On or between August 1, 2013 and September 19, 2013, in the Eastern District of Washington, the Defendant, BRENT EVERETT RUSS, with the intent to harass or place under surveillance with intent to harass, or intimidate, or cause substantial emotional distress to L.M., used facilities of interstate/foreign commerce, to wit: a telephone and the United States Postal Service, to engage in a course of conduct that caused substantial emotional distress to L.M. or placed L.M.

INDICTMENT – 1

in reasonable fear of death or serious bodily injury, who was at the time located within a tribal jurisdiction, that is: the exterior boundaries of the Kalispel Indian Reservation and on Trust Land, defined as Indian Country, in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b).

DATED this 8 day of October, 2013.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

Rudy J. Verschoor
Assistant United States Attorney

INDICTMENT – 2