FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 13-CR-00154-TOR |
| Plaintiff, | |
| vs. | Agreement for Pretrial Diversion |
| BRENT EVERETT RUSS, | |
| Defendant. | |

## AGREEMENT FOR PRETRIAL DIVERSION

Brent Everett Russ is charged in a three-count Superseding Indictment with violations of 18 U.S.C. §2261A(2) and §876(d). The parties have made a determination, after an investigation of the facts and circumstances surrounding the offense, that the interest of the United States, the interests of Brent Russ, and the interest of justice will be served by the following procedure; therefore

On the authority of the Attorney General of the United States, by Michael C. Ormsby, United States Attorney for the Eastern District of Washington, prosecution in this District for this offense shall be deferred for the period of 60 months from this date, provided you, Brent Everett Russ, abide by the following conditions and requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed the original sixty months. The United States may release you from supervision at any time. The United States Attorney may at any time within the period of the supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, he will furnish you with notice specifying the conditions of the Agreement alleged to have been violated.

After successfully completing the diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offenses set forth above of this Agreement will be instituted in this District, and the charges against you, Brent Everett Russ shall be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you in connection with any prosecution for the above-described offense.

**General Conditions of Pretrial Diversion**

1. You shall not violate any law (federal/state/local). You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you loose your job or are unable to attend school, you shall notify your pretrial diversion

supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

4. You shall follow the program and such special conditions as may be described below.

**Special Conditions**

5. You shall obtain a mental health evaluation from a licensed psychologist or psychiatrist and comply with all treatment recommendations for the duration of your pretrial diversion or until your mental health evaluator recommends cessation of such treatment. During the period of pretrial diversion, you shall take all medications recommended by your mental health evaluator.

6. You shall provide to your pretrial diversion supervisor, on request, any reports or other medical documentation from any licensed psychologist or psychiatrist you are seeing during the period of your pretrial diversion. You also agree that your pretrial diversion supervisor may share those documents with the Court and with the United States Attorney's Office.

7. You shall not possess any firearm or ammunition during the period of your pretrial diversion.

8. You shall disclose to your pretrial diversion supervisor the location of any and all firearms owned or possessed by you and shall turn all such firearms, not already turned over, to a third party for safe keeping during the period of your pretrial diversion.

9. You shall have no contact with the victim in the underlying case during the period of your pretrial diversion.

10. You shall not possess or consume any alcohol or controlled substances except as prescribed by a medical professional licensed to prescribed medication.

11. You shall submit to analysis of your breath or blood for the presence of alcohol at the direction of your pretrial diversion supervisor.

12. You shall submit to urinalysis for the presence of drugs or controlled substances at the direction of your pretrial diversion supervisor.

13. You shall submit to a search of your person, residence, or vehicle at the request of your pretrial diversion supervisor.

14. For the first six (6) months of the pretrial diversion period, you shall reside with your parents. After that, you may petition the Court for a change in location.

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the Eastern District of Washington to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the Untied States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

1  I hereby state that the above has been read and explained to me. I
2  understand the conditions of my pretrial diversion program and agree
3  that I will comply with them.

4

5  _____    1/17/14
   Brent Everett Russ            Date

6

7  _____    01-17-2014
8  Andrea K. George              Date
   Attorney for Brent Russ

9

10

11 _____    1/17/14
   Michael C. Ormsby             Date
12 United States Attorney

13

14 _____    1-17-14
   Chief Probation Officer       Date
15           For Scott M. Morse, Sr.

16

17

18  Approved without passing judgment on the merits
19  or wisdom of this diversion.
20                                    Thomas O. Rice   1/17/14
21                                    U.S. District Judge
22

23

24