# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRENT EVERETT RUSS,<br><br>            Defendant. | NO: 2:13-CR-0154-TOR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Upon oral motion of the government and pursuant to the parties' Rule 11(c)(1)(C) plea agreement entered in Case No. 2:15-CR-0139-TOR (ECF No. 72), this matter is dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED:

This matter is **DISMISSED** with prejudice and the file is closed.

The District Court Executive is hereby directed to enter this Order and

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** September 28, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2